# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRYSTAL CHAPMAN ) | |
| ) | |
| Plaintiff, ) | Case No. 21-cv-4272 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| SURGEOAYS, INC. d/b/a ) | |
| SURGE LOGICS ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **STIPULATION OF DISMISSAL**

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: November 29, 2021            PLAINTIFF,

                                               By:

                                               */s/ Anthony I. Paronich*
                                               Anthony I. Paronich, BBO No. 678437
                                               Paronich Law, P.C.
                                               350 Lincoln Street, Suite 2400
                                               Hingham, MA 02043
                                               (508) 221-1510
                                               anthony@paronichlaw.com

By: */s/ Peter S. Morse*
**MORSE BOLDUC & NARDULLI, LLC**
Peter C. Morse (ARDC No. 6181070)
25 East Washington, Suite 750
Chicago, IL 60601
312-251-2577 (main)
312-376-3896 (fax)
pmorse@morseandbolduc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

2