UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Crystal Chapman

                    Plaintiff,

v.                                                Case No.: 1:21−cv−04272
                                                    Honorable Steven C. Seeger

SurgePays, Inc. d/b/a Surge Logics

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation of dismissal (Dckt. No. [16]), which is self−effectuating under Rule 41(a)(1)(A)(ii). The parties have settled. All pending motions are denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.